# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2081

_____

Danny T. McCarthy,

        Appellant,

   v.

Dr. Neil Mullins; Nurse Sue
McDonald; Sheriff Ferguson;
Major Drake; Captain Petray,

        Appellees,

   and

Detention Guards, All Three Shifts,

        Defendants.

\*
\*
\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Western
\*   District of Arkansas.
\*
\*   [UNPUBLISHED]
\*
\*
\*
\*
\*
\*
\*
\*

_____

Submitted: July 7, 2009
Filed: July 10, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former inmate Danny T. McCarthy appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review of the relevant parts of the record, see Roe v. Crawford, 514 F.3d 789, 793 (8th Cir.) (summary judgment standard of review), cert. denied, 129 S. Ct. 109 (2008); Griffith v. City of Des Moines, 387 F.3d 733, 739 (8th Cir. 2004) (claims not briefed on appeal are deemed abandoned), we find no basis for reversal.[2] Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

[2]It appears from McCarthy's brief seeking an award of damages that he incorrectly believes the district court ruled in his favor on the claims he addresses on appeal.